AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSHUA STRANZ,

                Plaintiff,

                v.

JULIE A. CARLSON-BROWN and
WALLA WALLA COUNTY,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5128-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the complaint is DISMISSED for failure to state a claim upon which relief may be granted.

February 28, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia